JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINEO ROBLES GOMEZ,<br><br>Petitioner,<br><br>v.<br><br>RON GODWIN, Warden,<br><br>Respondent. | Case No. ED CV 21-35 SB (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: August 16, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge